# United States District Court
## Southern District of Georgia

DANNY D. IRICK,

    Movant,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 618-087
CR 608-001

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated October 30, 2018 adopting the Report and Recommendation as the opinion of the Court to which no objections have been filed, that this case is dismissed. A certificate of appealability is denied in this case, and the movant is not entitled to appeal in forma pauperis. This case stands closed.

10/30/2018  
*Date*

Scott L. Poff  
*Clerk*

/s/ Jamie Hodge  
*(By) Deputy Clerk*

GAS Rev 10/1/03